**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-7930**

LARRY WILLIAMS,

                    Plaintiff - Appellant,

          v.

S. WARDEN BODISON; WARDEN W. THOMPSON; CAPTAIN BRITEHART;
GOODWIN GEORGE; LIEUTENANT D. MAGHEE; SERGEANT JOHNSON;
WARDEN HUNTER; SERGEANT WILSON; MR. JON OZMINT; COMMISSARY
STAFF MAHAFFEX; SERGEANT SANFORD; NFN JEFFERSON, Commissary
Staff,

                    Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Columbia.   Margaret B. Seymour, Chief
District Judge.   (3:09-cv-03321-MBS-JRM)

Submitted:  January 22, 2013          Decided:  January 25, 2013

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Larry Williams, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Williams filed a 42 U.S.C. § 1983 (2006) complaint in the district court. He appeals the district court's order dismissing his action without prejudice for failure to comply with the magistrate judge's order to provide the court with addresses for the defendants. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-47 (1949). Because the deficiencies identified by the district court may be remedied by the filing of a complaint that satisfies the requirements of the district court, we conclude that the district court's order is neither a final order nor an appealable interlocutory or collateral order. Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

2